CLIFFORD D. SETHNESS (Bar No. 212975)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2554
csethness@morganlewis.com

ERIC MECKLEY, SBN 168181
JENNIFER P. SVANFELDT, SBN 233248
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:    415.442.1000
Facsimile:    415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Plaintiff
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, | Case No. C 13-04887 WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONFIRM AND ENFORCE JOINT CLRC RULING AND TO DISMISS ACTION** |
| vs. | |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10 and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 34, unincorporated labor organizations, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER
C 13-04887 WHO

## STIPULATION

Plaintiff Pacific Maritime Association ("PMA") and Defendants International Longshore and Warehouse Union ("ILWU") Local 10, and ILWU Local 34, through their respective counsel of record, hereby STIPULATE as follows:

On October 21, 2013, the Joint Coast Labor Relations Committee ("CLRC") held a meeting pursuant to the ILWU-PMA collective bargaining agreement. On October 22, 2013, the CLRC issued a ruling set forth in meeting minutes labeled CLRC Meeting No. 22-13, a copy of which is attached to this Stipulation as Exhibit A, along with the three (3) underlying area arbitration awards. The parties agree that the ruling in CLRC Meeting No. 22-13, as written, should be confirmed and enforced by the Court. Upon confirmation and enforcement of this ruling, this action should be dismissed with prejudice. Each party agrees to bear its own attorneys' fees and costs.

Dated: October 24, 2013          MORGAN, LEWIS & BOCKIUS LLP

                                 By:      /S/ Eric Meckley
                                          Eric Meckley
                                          Attorneys for Plaintiff
                                          PACIFIC MARITIME ASSOCIATION

Dated: October 24, 2013          LEONARD CARDER LLP

                                 By:      /S/ Eleanor Morton
                                          Eleanor Morton
                                          Attorneys for Defendants
                                          ILWU LOCAL 10 AND ILWU LOCAL 34

## ORDER

Based on the foregoing Stipulation, the Court hereby CONFIRMS and ENFORCES the ruling in CLRC Meeting No. 22-13, attached hereto as Exhibit A, pursuant to 29 U.S.C. § 185. This action is DISMISSED with prejudice. Each party shall bear its own costs and fees.

Dated: October 25, 2013

                                          Hon. William H. Orrick
                                          United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND ORDER
C 13-04887 WHO